# Exhibit 2

Method Claim: 1

| US9002376 | Oracle Connected Worker ("The accused system") |
|---|---|
| 1. A method for determining positioning of a wireless terminal comprising: | The accused system discloses a method for determining positioning of a wireless terminal (e.g., a Wi-Fi RTT enabled device such as a smartphone).<br><br>As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone.<br><br><br>https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/ |

# Before You Begin with Oracle IoT Connected Worker Cloud Service

Before you use Oracle IoT Connected Worker Cloud Service:

- Make sure that you have the link to access the service instance. This link is provided by Oracle in an email and the format is typically `https://hostname/<cloud service acornym>`. For example, `https://hostname/cw` for Oracle IoT Connected Worker Cloud Service. If you haven't received this email, contact your Oracle representative or your development team.

- **wireless terminal** — If you are a worker, make sure you have the Oracle IoT Connected Worker Mobile Application installed and provisioned on your Android mobile device. If you require assistance with setting up the application, contact your Oracle IoT Connected Worker Cloud Service Administrator.

- Make sure that you have a user name and password to access Oracle IoT Connected Worker Cloud Service or the Oracle IoT Connected Worker Mobile Application. If you have not been assigned a user name or password, contact your development team.

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/using-oracle-internet-things-connected-worker-cloud-service.pdf



3 Create and Manage Organizations

4 Add and Manage User Accounts

5 Use the Oracle IoT Connected Worker Mobile Application

▶ 6 Register and Activate Devices

▼ 7 Create and Manage Projects

    Use Wi-Fi Based Positioning for Non-GPS Locations

8 Create and Manage Rules

9 View and Manage Incidents

10 Create and Manage Hazards

11 Manage Messages

12 Manage Workers, Locations, and Projects in the Map View and Workers View

13 Simulate Worker Activities and Device

## Use Wi-Fi Based Positioning for Non-GPS Locations

Your project can use Wi-Fi based positioning for indoor scenarios where GPS signal is lacking. Your wireless devices and Access Points (APs) must support the Wi-Fi RTT (Round Trip Time) feature.

Wi-Fi RTT (Round-Trip-Time) lets your Wi-Fi devices measure the distance to nearby RTT-capable Wi-Fi access points and peer devices. Several Android 9 and Android 10 mobile devices support Wi-Fi RTT. Wi-Fi based positioning results usually have accuracy precisions between one and two meters.

To use Wi-Fi based positioning in Oracle IoT Connected Worker Cloud Service, you need to configure your Wi-Fi RTT access points and positioning settings. You can then add the positioning settings to your project.

You need to create a Cartesian coordinate system for your location, such that each point can be identified by its *x,y,* and *z* coordinates. You do this by specifying the coordinates for the start point and end point. The start point and end point can be the opposite corners of your location. You also specify the latitude, longitude, and altitude values for the start point and end point to complete the mapping.

**On This Page**

Use Wi-Fi Based Positioning for Non-GPS Locations

    Identify Your Wi-Fi Access Points

    Configure Positioning Settings and Access Points

    Associate Positioning Settings with a Project

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-97D642D0-D2FD-47A0-8FC6-A95DC12F405F



https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/manage-workers-locations-and-projects-map-view-and-workers-view.html#GUID-8F9BA8EE-B8CC-4627-8F14-5C7BCCEC8FB6

| | |
|---|---|
| | **5  Use the Oracle IoT Connected Worker Mobile Application**<br><br>Use the Oracle IoT Connected Worker Mobile Application to report safety issues, <u>identify your location</u>, and communicate with co-workers and management.<br><br>**How to Access the Oracle IoT Connected Worker Mobile Application**<br><br>Use the Oracle IoT Connected Worker Mobile application to report safety issues, <u>identify your location</u>, and communicate with co-workers and management on a mobile device. Before you log in to the Oracle IoT Connected Worker Mobile Application, you must have a user account.<br><br>**Search for a Worker in the Mobile Application**<br><br>Search for a worker to determine the worker's current location.<br><br>1. Tap the **Worker** (👤) icon.<br><br>2. Tap in the **Search** field and then select a worker.<br>The worker location is marked by a position indicator.<br><br><br><br>The preceding image shows a sample GPS position indicator. Positions derived using Wi-Fi based positioning are represented with the indoor icon 🏠.<br><br>*determining positioning of a wireless terminal*<br><br>https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-oracle-iot-connected-worker-mobile-application.html#GUID-389CB1A8-8B02-4EBF-B6D4-954CED77DBA1 |
| determining positioning of a plurality of receivers capturing a first wireless signal emitted from the wireless terminal; | The accused system discloses determining positioning of a plurality of receivers (e.g., Wi-Fi RTT based access points) capturing a first wireless signal emitted from the wireless terminal (e.g., a Wi-Fi RTT enabled device such as a smartphone).<br><br>As shown below, the accused system allows the user to locate Wi-Fi RTT-based access points (receivers) on a floor plan or map. The position of the plurality of Wi-Fi RTT-based access points (receivers) is visible on the web interface of the accused system. In Wi-Fi RTT, the smartphone (wireless terminal) emits a wireless signal to determine the time of flight, or round-trip time, in order to determine its position relative to the Wi-Fi RTT-based access points employed by the system. |

## Configure Positioning Settings and Access Points

Complete the Cartesian mapping for your location by specifying the Cartesian coordinates and the corresponding latitude, longitude, and altitude values for two points in the location. Also specify the Cartesian coordinates for your access points.

1. Click **Menu** ≡ and then click **Design Center**.
2. Click the **Positioning** ◤ tab.
3. Click **Create New** +.
4. Enter a **Name** for the positioning settings.
5. (Optional) Enter a **Description** for the positioning settings.
6. Enter the **Number of History Points** to use.
   Specifies the number of historical points to be included in the moving average. Multiple points in an average help get more precise locations. Every access point has an associated entry in the history of observed ranging results.
7. Enter the **Ranging Request Period** in milliseconds.
   Ranging requests are used to measure the distances to nearby RTT-capable Wi-Fi access points and peer Wi-Fi devices. The ranging request period is the time period, in milliseconds, between successive ranging requests.

10. Complete the configuration for your Wi-Fi access points.
    a. Click **Add Access Point** + to add an access point configuration to the positioning settings.
    b. Specify **Cartesian Position: X**, **Cartesian Position: Y**, and **Cartesian Position: Z** values for your access point.
       These are the *x, y,* and *z* coordinates for the access point in millimeters.
    c. Specify any distance **Offset** to be used for the access point.
       The offset value is specified in millimeters. Offsets are used for precision tuning of the access point. Usually, this value is zero. However, if your access point reports a non-zero distance even when an android device requesting distance is at the access point, then this non-zero distance is used as the offset for the access point. The offset distance is automatically subtracted from reported distances.
    d. Under **Access Point**, select the existing access point name.
    e. Click **Create** to complete the access point configuration.

*determining positioning of a plurality of receivers*

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-F7652D23-B4E6-4C0A-AFD3-93B4D173B9A6

3 Create and Manage Organizations

4 Add and Manage User Accounts

5 Use the Oracle IoT Connected Worker Mobile Application

▶ 6 Register and Activate Devices

▼ 7 Create and Manage Projects

   Use Wi-Fi Based Positioning for Non-GPS Locations

8 Create and Manage Rules

9 View and Manage Incidents

10 Create and Manage Hazards

11 Manage Messages

12 Manage Workers, Locations, and Projects in the Map View and Workers View

13 Simulate Worker Activities and Device

# Use Wi-Fi Based Positioning for Non-GPS Locations

Your project can use Wi-Fi based positioning for indoor scenarios where GPS signal is lacking. Your wireless devices and Access Points (APs) must support the Wi-Fi RTT (Round Trip Time) feature.

Wi-Fi RTT (Round-Trip-Time) lets your Wi-Fi devices measure the distance to nearby RTT-capable Wi-Fi access points and peer devices. Several Android 9 and Android 10 mobile devices support Wi-Fi RTT. Wi-Fi based positioning results usually have accuracy precisions between one and two meters.

To use Wi-Fi based positioning in Oracle IoT Connected Worker Cloud Service, you need to configure your Wi-Fi RTT access points and positioning settings. You can then add the positioning settings to your project.

You need to create a Cartesian coordinate system for your location, such that each point can be identified by its *x,y,* and *z* coordinates. You do this by specifying the coordinates for the start point and end point. The start point and end point can be the opposite corners of your location. You also specify the latitude, longitude, and altitude values for the start point and end point to complete the mapping.

**On This Page**

Use Wi-Fi Based Positioning for Non-GPS Locations

   Identify Your Wi-Fi Access Points

   Configure Positioning Settings and Access Points

   Associate Positioning Settings with a Project

| | |
|---|---|
| | https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-97D642D0-D2FD-47A0-8FC6-A95DC12F405F<br><br><br><br>**Figure 11-37—Example negotiation and measurement exchange sequence for a single burst instance, ASAP=1, and FTMs per Burst = 3**<br><br>Source: 802.11-2016 |
| determining a plurality of defined local spaces (DLSs), each DLS defining a volume among four receivers of the plurality of receivers; | The accused system discloses determining a plurality of defined local spaces (DLSs) (e.g., locations), each DLS (e.g., location) defining a volume (e.g., a volume of a location) among four receivers (e.g., Wi-Fi RTT based access points) of the plurality of receivers (e.g., Wi-Fi RTT based access points).<br><br>As shown below, the accused system allows a user to add a plurality of locations (DLSs), each having a plurality of Wi-Fi RTT–based access points (receivers) to perform location tracking. The system allows the user to add any number of Wi-Fi RTT devices (receivers), wherein four or more such devices (receivers) are |

allowed to define the position of a smartphone at a location.

### Locate Workers, Projects, and Locations in the Map View

Use a search filter to locate a worker, a project, or a location in the map view.

1. Click **Menu** ☰, and then click **Map**.

2. (Optional) Click **Zoom in** ➕ to zoom in to a map location, or click **Zoom out** ➖ to zoom out from a map location.
   To include all available workers or projects in your search, zoom out until all continents are visible.

3. Click **Filter map content** 🔍.

4. Select **Show All** and then select one of these options in the first list:

   - **Employee**: Select this option to display all workers that meet the search criteria.

   - **Project**: Select this option to display all projects that meet the search criteria.

   - **Location**: Select this option to display all locations that meet the search criteria.

### View Location Details in the Map View

In the map view, locations are represented by a circle with an integer value. In the map view, locations in close geographic proximity are represented by a circle with an integer value. Clicking the circle automatically increases the map magnification and displays the individual locations that form the cluster.

1. Click the **Menu** (☰) icon, and then click **Map**.

2. Select **Locations** on the **Projects** tab at the bottom of the map view.

3. Search for a specific location or click **Zoom Out** (➖) until a circle with an integer value appears. To search for a specific location, see Locate Workers, Projects, and Locations in the Map View.

4. Click the location icon until individual location icons appear, click a location icon, and then click **View** (👁) to view information for the specific location.

5. Click the map to return to the map view.

defined local spaces (DLSs)

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/manage-workers-locations-and-projects-map-view.html#GUID-8F9BA8EE-B8CC-4627-8F14-5C7BCCEC8FB6



https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/manage-workers-locations-and-projects-map-view-and-workers-view.html#GUID-8F9BA8EE-B8CC-4627-8F14-5C7BCCEC8FB6



https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-3B727D80-840E-4598-B9F2-64C2229DB150

| | |
|---|---|
| determining a plurality of points within each DLS, including spatially relating each point to the positioning of the four receivers defining the corresponding DLS; | The accused system discloses determining a plurality of points (e.g., positions within a location) within each DLS (e.g., location), including spatially relating each point (e.g., a position within a location) to the positioning of the four receivers (e.g., Wi-Fi RTT based access points) defining the corresponding DLS (e.g., location).<br><br>As shown below, the accused system determines a plurality of positions of devices such as a smartphone within each location (DLS) by measuring their distances (spatially related) from the known positions of the four or more surrounding Wi-Fi RTT–based access points (receivers) defining that location (DLS). |

## Locate Workers, Projects, and Locations in the Map View

Use a search filter to locate a worker, a project, or a location in the map view.

1. Click **Menu** ☰, and then click **Map**.

2. (Optional) Click **Zoom in** ➕ to zoom in to a map location, or click **Zoom out** ➖ to zoom out from a map location.
   To include all available workers or projects in your search, zoom out until all continents are visible.

3. Click **Filter map content** ▽.

4. Select **Show All** and then select one of these options in the first list:

   - **Employee**: Select this option to display all workers that meet the search criteria.

   - **Project**: Select this option to display all projects that meet the search criteria.

   - **Location**: Select this option to display all locations that meet the search criteria.

## View Location Details in the Map View

In the map view, locations are represented by a circle with an integer value. In the map view, locations in close geographic proximity are represented by a circle with an integer value. Clicking the circle automatically increases the map magnification and displays the individual locations that form the cluster.

1. Click the **Menu** (☰) icon, and then click **Map**.

2. Select **Locations** on the **Projects** tab at the bottom of the map view.

3. Search for a specific location or click **Zoom Out** (➖) until a circle with an integer value appears. To search for a specific location, see Locate Workers, Projects, and Locations in the Map View.

4. Click the location icon until individual location icons appear, click a location icon, and then click **View** (👁) to view information for the specific location.

5. Click the map to return to the map view.

defined local spaces (DLSs)

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/manage-workers-locations-and-projects-map-view.html#GUID-8F9BA8EE-B8CC-4627-8F14-5C7BCCEC8FB6



https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/manage-workers-locations-and-projects-map-view-and-workers-view.html#GUID-8F9BA8EE-B8CC-4627-8F14-5C7BCCEC8FB6

3 Create and Manage Organizations

4 Add and Manage User Accounts

5 Use the Oracle IoT Connected Worker Mobile Application

6 Register and Activate Devices

7 Create and Manage Projects

   Use Wi-Fi Based Positioning for Non-GPS Locations

8 Create and Manage Rules

9 View and Manage Incidents

10 Create and Manage Hazards

11 Manage Messages

12 Manage Workers, Locations, and Projects in the Map View and Workers View

13 Simulate Worker Activities and Device

## Use Wi-Fi Based Positioning for Non-GPS Locations

Your project can use Wi-Fi based positioning for indoor scenarios where GPS signal is lacking. Your wireless devices and Access Points (APs) must support the Wi-Fi RTT (Round Trip Time) feature.

Wi-Fi RTT (Round-Trip-Time) lets your Wi-Fi devices measure the distance to nearby RTT-capable Wi-Fi access points and peer devices. Several Android 9 and Android 10 mobile devices support Wi-Fi RTT. Wi-Fi based positioning results usually have accuracy precisions between one and two meters.

To use Wi-Fi based positioning in Oracle IoT Connected Worker Cloud Service, you need to configure your Wi-Fi RTT access points and positioning settings. You can then add the positioning settings to your project.

You need to create a Cartesian coordinate system for your location, such that each point can be identified by its *x,y,* and *z* coordinates. You do this by specifying the coordinates for the start point and end point. The start point and end point can be the opposite corners of your location. You also specify the latitude, longitude, and altitude values for the start point and end point to complete the mapping.

**On This Page**

Use Wi-Fi Based Positioning for Non-GPS Locations

Identify Your Wi-Fi Access Points

Configure Positioning Settings and Access Points

Associate Positioning Settings with a Project

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-97D642D0-D2FD-47A0-8FC6-A95DC12F405F

## 5   Use the Oracle IoT Connected Worker Mobile Application

Use the Oracle IoT Connected Worker Mobile Application to report safety issues, identify your location, and communicate with co-workers and management.

### How to Access the Oracle IoT Connected Worker Mobile Application

Use the Oracle IoT Connected Worker Mobile application to report safety issues, identify your location, and communicate with co-workers and management on a mobile device. Before you log in to the Oracle IoT Connected Worker Mobile Application, you must have a user account.

### Search for a Worker in the Mobile Application

Search for a worker to determine the worker's current location.

1. Tap the **Worker** (👤) icon.
2. Tap in the **Search** field and then select a worker.
   The worker location is marked by a position indicator.



plurality of points

The preceding image shows a sample GPS position indicator. Positions derived using Wi-Fi based positioning are represented with the indoor icon 🏠.

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-oracle-iot-connected-worker-mobile-application.html#GUID-389CB1A8-8B02-4EBF-B6D4-

| | 954CED77DBA1 |
|---|---|
| determining a four travel times for each point, each travel time representing time needed for wireless signals to travel from the corresponding point to a corresponding one of the four receivers defining the corresponding DLS; | The accused system discloses determining a four travel times (e.g., round trip times) for each point (e.g., a position within a location), each travel time (e.g., round trip time) representing time needed for wireless signals to travel from the corresponding point (e.g., a position within a location) to a corresponding one of the four receivers (e.g., Wi-Fi RTT based access points) defining the corresponding DLS (e.g., location).<br><br>As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone. Wi-Fi RTT uses the round-trip time (RTT) to determine the position of a device, such as a smartphone, with respect to Wi-Fi RTT–based access points. The round-trip time, or RTT, is the time a Wi-Fi signal takes to travel from a device such as a smartphone to the Wi-Fi RTT–based access points and then back to the smartphone. For a location having a four Wi-Fi RTT–based access points, the RTT values corresponding to each access point are calculated for each location of the device, and these values are collectively used to determine the position of the smartphone within that location. |

3 Create and Manage Organizations

4 Add and Manage User Accounts

5 Use the Oracle IoT Connected Worker Mobile Application

6 Register and Activate Devices

7 Create and Manage Projects

Use Wi-Fi Based Positioning for Non-GPS Locations

8 Create and Manage Rules

9 View and Manage Incidents

10 Create and Manage Hazards

11 Manage Messages

12 Manage Workers, Locations, and Projects in the Map View and Workers View

13 Simulate Worker Activities and Device

## Use Wi-Fi Based Positioning for Non-GPS Locations

Your project can use Wi-Fi based positioning for indoor scenarios where GPS signal is lacking. Your wireless devices and Access Points (APs) must support the Wi-Fi RTT (Round Trip Time) feature.

Wi-Fi RTT (Round-Trip-Time) lets your Wi-Fi devices measure the distance to nearby RTT-capable Wi-Fi access points and peer devices. Several Android 9 and Android 10 mobile devices support Wi-Fi RTT. Wi-Fi based positioning results usually have accuracy precisions between one and two meters.

To use Wi-Fi based positioning in Oracle IoT Connected Worker Cloud Service, you need to configure your Wi-Fi RTT access points and positioning settings. You can then add the positioning settings to your project.

You need to create a Cartesian coordinate system for your location, such that each point can be identified by its $x,y,$ and $z$ coordinates. You do this by specifying the coordinates for the start point and end point. The start point and end point can be the opposite corners of your location. You also specify the latitude, longitude, and altitude values for the start point and end point to complete the mapping.

**On This Page**

Use Wi-Fi Based Positioning for Non-GPS Locations

Identify Your Wi-Fi Access Points

Configure Positioning Settings and Access Points

Associate Positioning Settings with a Project

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-97D642D0-D2FD-47A0-8FC6-A95DC12F405F

3 Create and Manage Organizations

4 Add and Manage User Accounts

5 Use the Oracle IoT Connected Worker Mobile Application

6 Register and Activate Devices

7 Create and Manage Projects

Use Wi-Fi Based Positioning for Non-GPS Locations

8 Create and Manage Rules

9 View and Manage Incidents

10 Create and Manage Hazards

11 Manage Messages

12 Manage Workers, Locations, and Projects in the Map View and Workers

## Identify Your Wi-Fi Access Points

Each Wi-Fi access point is identified by its hardware or MAC address. For successful trilateration of a device or user position, at least three access points are required in a plane. For 3-dimensional space, at least four access points are required.

1. Click **Menu** ≡ and then click **Design Center**.
2. Click the **Access Points** 📶 tab.
3. Click **Create New** +.
4. Enter a **Name** for the access point.
5. (Optional) Enter a **Description** for the access point.
6. Specify the **MAC** address for the access point.
   The MAC address consists of six pairs of hexadecimal numbers separated by colons ( : ) or hyphens ( - ).
7. Click **Save**.

Repeat the preceding steps to identify additional access points.

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-3B727D80-840E-4598-B9F2-64C2229DB150

| | |
|---|---|
| | **4.3.18.19 Fine timing measurement**<br><br>Fine timing measurement allows a STA to accurately measure the round trip time (RTT) between it and another STA. With the regular transfer of Fine Timing Measurement frames it is possible for the recipient STA to track changes in its relative location with other STAs in the environment.<br><br>Source: 802.11-2016<br><br>The round trip time (RTT) is defined by Equation (11-5).<br><br>$$\boxed{\text{travel time}}\quad RTT = [(t4' - t1') - (t3 - t2)] \tag{11-5}$$<br><br>where $t1'$ and $t4'$ are the time at which the Fine Timing Measurement frame was transmitted and the time at which the Ack was received, respectively, as determined by the initiating STA.<br><br>At the initiating STA, the mechanism by which $t1'$ and $t4'$ are derived from the TOD and TOA fields is implementation dependent.<br><br>Source: 802.11-2016 |
| determining a first plurality of first arrival times, each first arrival time representing time for the first wireless signal to reach each of the plurality of receivers; | The accused system discloses determining a first plurality of first arrival times (e.g., arrival times of Wi-Fi signal at a Wi-Fi RTT based access points), each first arrival time (e.g., arrival time at one of the Wi-Fi signal at a Wi-Fi RTT based access points) representing time for the first wireless signal to reach each of the plurality of receivers (e.g., Wi-Fi RTT based access points).<br><br>As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone. Wi-Fi RTT uses the round-trip time (RTT) to determine the position of a device, such as a smartphone, with respect to Wi-Fi RTT–based access points. Wi-Fi RTT uses fine time measurement (FTM), where the arrival times of Wi-Fi signals are used to calculate the RTT. As the system uses a plurality of Wi-Fi RTT–based access points, FTM requires calculating the Wi-Fi signal arrival times for each Wi-Fi RTT–based access point. |

3 Create and Manage Organizations

4 Add and Manage User Accounts

5 Use the Oracle IoT Connected Worker Mobile Application

▶ 6 Register and Activate Devices

▼ 7 Create and Manage Projects

   Use Wi-Fi Based Positioning for Non-GPS Locations

8 Create and Manage Rules

9 View and Manage Incidents

10 Create and Manage Hazards

11 Manage Messages

12 Manage Workers, Locations, and Projects in the Map View and Workers View

13 Simulate Worker Activities and Device

# Use Wi-Fi Based Positioning for Non-GPS Locations

Your project can use Wi-Fi based positioning for indoor scenarios where GPS signal is lacking. Your wireless devices and Access Points (APs) must support the Wi-Fi RTT (Round Trip Time) feature.

Wi-Fi RTT (Round-Trip-Time) lets your Wi-Fi devices measure the distance to nearby RTT-capable Wi-Fi access points and peer devices. Several Android 9 and Android 10 mobile devices support Wi-Fi RTT. Wi-Fi based positioning results usually have accuracy precisions between one and two meters.

To use Wi-Fi based positioning in Oracle IoT Connected Worker Cloud Service, you need to configure your Wi-Fi RTT access points and positioning settings. You can then add the positioning settings to your project.

You need to create a Cartesian coordinate system for your location, such that each point can be identified by its $x, y,$ and $z$ coordinates. You do this by specifying the coordinates for the start point and end point. The start point and end point can be the opposite corners of your location. You also specify the latitude, longitude, and altitude values for the start point and end point to complete the mapping.

**On This Page**

Use Wi-Fi Based Positioning for Non-GPS Locations

Identify Your Wi-Fi Access Points

Configure Positioning Settings and Access Points

Associate Positioning Settings with a Project

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-97D642D0-D2FD-47A0-8FC6-A95DC12F405F

3 Create and Manage Organizations

4 Add and Manage User Accounts

5 Use the Oracle IoT Connected Worker Mobile Application

▶ 6 Register and Activate Devices

▼ 7 Create and Manage Projects

   Use Wi-Fi Based Positioning for Non-GPS Locations

8 Create and Manage Rules

9 View and Manage Incidents

10 Create and Manage Hazards

11 Manage Messages

12 Manage Workers, Locations, and Projects in the Map View and Workers

## Identify Your Wi-Fi Access Points

Each Wi-Fi access point is identified by its hardware or MAC address. For successful trilateration of a device or user position, at least three access points are required in a plane. For 3-dimensional space, at least four access points are required.

1. Click **Menu** ≡ and then click **Design Center**.
2. Click the **Access Points** 📶 tab.
3. Click **Create New** ➕.
4. Enter a **Name** for the access point.
5. (Optional) Enter a **Description** for the access point.
6. Specify the **MAC** address for the access point.
   The MAC address consists of six pairs of hexadecimal numbers separated by colons ( : ) or hyphens ( - ).
7. Click **Save**.

Repeat the preceding steps to identify additional access points.

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-3B727D80-840E-4598-B9F2-

64C2229DB150

### 4.3.18.19 Fine timing measurement

Fine timing measurement allows a STA to accurately measure the round trip time (RTT) between it and another STA. With the regular transfer of Fine Timing Measurement frames it is possible for the recipient STA to track changes in its relative location with other STAs in the environment.

Source: 802.11-2016

### 11.24.6.4 Measurement exchange

Fine Timing Measurement frames are sent during time windows called *burst instances*. The timing of the burst instances is defined by the following parameters:

— Partial TSF Timer – The partial TSF timer, as defined in 9.4.2.168, at the beginning of the first burst instance

— Burst Duration – The duration of each burst instance starting at the boundary of a burst period

— Burst Period – The interval from the beginning of one burst instance to the beginning of the following burst instance.

Source: 802.11-2016

The initiating STA may also request a single burst of FTMs to be taken as soon as possible, in which case it sets the Number of Bursts Exponent field to 0 and the ASAP field to 1. This is illustrated in Figure 11-37.



**Figure 11-37—Example negotiation and measurement exchange sequence for a single burst instance, ASAP=1, and FTMs per Burst = 3**

Source: 802.11-2016

<table>
<tr><td></td><td>

The round trip time (RTT) is defined by Equation (11-5).

$$RTT = \underbrace{[(t4' - t1') - (t3 - t2)]}_{}\quad\boxed{\text{plurality of first arrival times}} \qquad (11\text{-}5)$$

where $t1'$ and $t4'$ are the time at which the Fine Timing Measurement frame was transmitted and the time at which the Ack was received, respectively, as determined by the initiating STA.

At the initiating STA, the mechanism by which $t1'$ and $t4'$ are derived from the TOD and TOA fields is implementation dependent.

Source: 802.11-2016

</td></tr>
<tr><td>

determining the wireless terminal to be positioned within a first DLS of the plurality of DLSs, the first DLS being associated with the point having travel times most closely correlated with the first arrival times.

</td><td>

The accused system discloses determining the wireless terminal (e.g., a Wi-Fi RTT enabled device such as a smartphone) to be positioned within a first DLS (e.g., location) of the plurality of DLSs (e.g., locations), the first DLS (e.g., location) being associated with the point (e.g., a position within a location) having travel times (e.g., round trip time) most closely correlated with the first arrival times (e.g., arrival times of Wi-Fi signal at a Wi-Fi RTT based access points).

As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone. Wi-Fi RTT uses the round-trip time (RTT) to determine the position of a device, such as a smartphone, with respect to Wi-Fi RTT–based access points. Wi-Fi RTT uses fine time measurement (FTM), where the arrival times of Wi-Fi signals are used to calculate the RTT. For Wi-Fi RTT–based access points located within a location, the round-trip times (RTTs) are lower compared to those of Wi-Fi RTT–based access points located farther away in other locations. This closeness, determined through RTT, allows the system to determine the position and thus the location (first DLS) in which the wireless terminal, such as a smartphone is present, the selected location being the one whose travel times best correspond to the measured arrival times.

</td></tr>
</table>

### Use Wi-Fi Based Positioning for Non-GPS Locations

3 Create and Manage Organizations

4 Add and Manage User Accounts

5 Use the Oracle IoT Connected Worker Mobile Application

▶ 6 Register and Activate Devices

▼ 7 Create and Manage Projects

    Use Wi-Fi Based Positioning for Non-GPS Locations

8 Create and Manage Rules

9 View and Manage Incidents

10 Create and Manage Hazards

11 Manage Messages

12 Manage Workers, Locations, and Projects in the Map View and Workers View

13 Simulate Worker Activities and Device

Your project can use Wi-Fi based positioning for indoor scenarios where GPS signal is lacking. Your wireless devices and Access Points (APs) must support the Wi-Fi RTT (Round Trip Time) feature.

Wi-Fi RTT (Round-Trip-Time) lets your Wi-Fi devices measure the distance to nearby RTT-capable Wi-Fi access points and peer devices. Several Android 9 and Android 10 mobile devices support Wi-Fi RTT. Wi-Fi based positioning results usually have accuracy precisions between one and two meters.

To use Wi-Fi based positioning in Oracle IoT Connected Worker Cloud Service, you need to configure your Wi-Fi RTT access points and positioning settings. You can then add the positioning settings to your project.

You need to create a Cartesian coordinate system for your location, such that each point can be identified by its $x,y,$ and $z$ coordinates. You do this by specifying the coordinates for the start point and end point. The start point and end point can be the opposite corners of your location. You also specify the latitude, longitude, and altitude values for the start point and end point to complete the mapping.

On This Page

Use Wi-Fi Based Positioning for Non-GPS Locations

Identify Your Wi-Fi Access Points

Configure Positioning Settings and Access Points

Associate Positioning Settings with a Project

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-97D642D0-D2FD-47A0-8FC6-A95DC12F405F

3 Create and Manage Organizations

4 Add and Manage User Accounts

5 Use the Oracle IoT Connected Worker Mobile Application

▶ 6 Register and Activate Devices

▼ 7 Create and Manage Projects

    Use Wi-Fi Based Positioning for Non-GPS Locations

8 Create and Manage Rules

9 View and Manage Incidents

10 Create and Manage Hazards

11 Manage Messages

12 Manage Workers, Locations, and Projects in the Map View and Workers

### Identify Your Wi-Fi Access Points

Each Wi-Fi access point is identified by its hardware or MAC address. For successful trilateration of a device or user position, at least three access points are required in a plane. For 3-dimensional space, at least four access points are required.

1. Click **Menu** ≡ and then click **Design Center**.
2. Click the **Access Points** tab.
3. Click **Create New** +.
4. Enter a **Name** for the access point.
5. (Optional) Enter a **Description** for the access point.
6. Specify the **MAC** address for the access point.
   The MAC address consists of six pairs of hexadecimal numbers separated by colons ( : ) or hyphens ( - ).
7. Click **Save**.

Repeat the preceding steps to identify additional access points.

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-wi-fi-based-positioning-non-gps-locations.html#GUID-3B727D80-840E-4598-B9F2-

64C2229DB150

# 5 Use the Oracle IoT Connected Worker Mobile Application

Use the Oracle IoT Connected Worker Mobile Application to report safety issues, identify your location, and communicate with co-workers and management.

## How to Access the Oracle IoT Connected Worker Mobile Application

Use the Oracle IoT Connected Worker Mobile application to report safety issues, identify your location, and communicate with co-workers and management on a mobile device. Before you log in to the Oracle IoT Connected Worker Mobile Application, you must have a user account.

### Search for a Worker in the Mobile Application

Search for a worker to determine the worker's current location.

1. Tap the **Worker** ( 👤 ) icon.

2. Tap in the **Search** field and then select a worker.
   The worker location is marked by a position indicator.



The preceding image shows a sample GPS position indicator. Positions derived using Wi-Fi based positioning are represented with the indoor icon .

https://docs.oracle.com/en/cloud/saas/iot-worker-cloud/iotcw/use-oracle-iot-connected-worker-mobile-application.html#GUID-389CB1A8-8B02-4EBF-B6D4-954CED77DBA1

**4.3.18.19 Fine timing measurement**

Fine timing measurement allows a STA to accurately measure the round trip time (RTT) between it and another STA. With the regular transfer of Fine Timing Measurement frames it is possible for the recipient STA to track changes in its relative location with other STAs in the environment.

Source: 802.11-2016

### 11.24.6.4 Measurement exchange

Fine Timing Measurement frames are sent during time windows called *burst instances*. The timing of the burst instances is defined by the following parameters:

— Partial TSF Timer – The partial TSF timer, as defined in 9.4.2.168, at the beginning of the first burst instance

— Burst Duration – The duration of each burst instance starting at the boundary of a burst period

— Burst Period – The interval from the beginning of one burst instance to the beginning of the following burst instance.

Source: 802.11-2016

The initiating STA may also request a single burst of FTMs to be taken as soon as possible, in which case it sets the Number of Bursts Exponent field to 0 and the ASAP field to 1. This is illustrated in Figure 11-37.



**Figure 11-37—Example negotiation and measurement exchange sequence for a single burst instance, ASAP=1, and FTMs per Burst = 3**

Source: 802.11-2016

The round trip time (RTT) is defined by Equation (11-5).

travel time                   $RTT = [(t4' - t1') - (t3 - t2)]$                   arrival times                   (11-5)

where $t1'$ and $t4'$ are the time at which the Fine Timing Measurement frame was transmitted and the time at which the Ack was received, respectively, as determined by the initiating STA.

At the initiating STA, the mechanism by which $t1'$ and $t4'$ are derived from the TOD and TOA fields is implementation dependent.

Source: 802.11-2016